1
2
3
4
5
6
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. 2:06-MJ-0014-KJM |
| | ) | |
| Plaintiff, | ) | ORDER TO REINSTATE DEFENDANT IN |
| | ) | ALCOHOL EDUCATION AND COUNSELING |
| v. | ) | PROGRAM |
| | ) | |
| JANINE ESQUIVEL, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | Judge: Hon. Kimberly J. Mueller |
| _____ | ) | |

    IT IS HEREBY ORDERED that Janine Esquivel be reinstated into the High Road First Time Offender Program to fulfill the special condition of supervision imposed by this Court on March 15, 2006, requiring the defendant to complete the alcohol education and counseling program licensed pursuant to Section 11836 of the California Health and Safety Code and required by the California Department of Motor Vehicles, in the defendant's county of residence or employment.  Upon completion of the program, the defendant shall provide proof to the U.S. Attorney's Office, Misdemeanor Unit.  Defendant shall begin the program within thrity days and complete the program within six months.

Dated: April 13, 2007.

_____
U.S. MAGISTRATE JUDGE